```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

    - against -                                    00-CR-237(VM)
                                                      ORDER
JOSE ENRIQUE SANTIAGO,

                    Defendant.
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

Jose Enrique Santiago ("Santiago") moves for appointment of counsel pursuant to 18 U.S.C. Section 3006(a)(2) and a sentence reduction on the following three grounds: (1) the amended sentencing enhancement law under Section 401 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222; (2) Amendment 782 of 18 U.S.C. Section 3582(c)(2) (the "Sentencing Guidelines"); and (3) compassionate release pursuant to 18 U.S.C. Section 3582(C)(1)(A). (See "Motion," Dkt. No. 684.)

The Government is hereby directed to respond to Santiago's Motion within 60 days of the date of this order.

**SO ORDERED.**

Dated: New York, New York
       19 August 2022

_____
Victor Marrero
U.S.D.J.

1